## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**vs.**                                    **No: 1:18-cr-10128-STA**

**JOHN PAUL HENRY**

**Defendant.**

---

## ORDER TO SET HEARING FOR CHANGE OF PLEA OF DEFENDANT JOHN PAUL HENRY AND NOTICE OF SETTING

---

Before the Court is the Defendant John Paul Henry's July 26, 2019 Motion For Change of Plea. This matter was originally set for trial on February 3, 2020.

For good cause shown, the Motion is granted. The change of plea hearing is set to **Monday, August 19, 2019 at 9:15 a.m.**

**SO ORDERED** this 30th day of July, 2019.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE