IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

___

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:18-10128-STA |
| JOHN PAUL HENRY, | ) |
| Defendant. | ) |

___

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

___

This cause came to be heard on August 19, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, John Paul Henry, appearing in person, and with counsel, Taurus Bailey.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Superseding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, NOVEMBER 19, 2019 at 1:30 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 19th day of August, 2019.

        s/ S. Thomas Anderson
        CHIEF JUDGE, U. S. DISTRICT COURT